**No. 43643.**— Protest 965802–G of R. E. Gebhardt Co. (Seattle).

Opinion by BROWN, J. Artificial holly leaves and berries with three hollow bell-shaped objects attached, in chief value of metal, were held properly classified under paragraph 1518. *Cochran* v. *United States* (10 Ct. Cust. Appls. 62, T. D. 38336) followed.

**No. 43644.**—Protests 963011–G, etc., of J. H. Baxter & Co. (Los Angeles).

Opinion by BROWN, J. The record shows that the merchandise consists of trunks of the Douglas fir trees with the limbs cut off, the outer bark peeled, and the tops cut off, used, after being creosoted or otherwise treated, as piling in the building of wharves on salt water. On the record presented the claim for free entry as round timber under paragraph 1803 was sustained. *Kimpland* v. *United States*, G. A. 4685 (T. D. 22122), *United States* v. *McNaughton* (5 Ct. Cust. Appls. 114, T. D. 34166), and *Guthrie* v. *United States*, G. A. 6488 (T. D. 27744) cited.

**No. 43645.**—Protests 777724–G, etc., of F. H. Davis & Sons (Baltimore).

Opinion by BROWN, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.